FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRY YERTON<br><br>    Defendant. | Case No.: CR 15-319-ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>allegation he absconded from supervision</u>

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.   ( )  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9       on: _____
10  _____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    6/18/15
18
19                                      _____
20                                      UNITES STATES MAGISTRATE JUDGE
```